# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY NEWMAN, an individual, individually, on behalf of the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WW NORTH AMERICA HOLDINGS, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01770 PA (JPRx)<br><br>Hon. Percy Anderson<br>Dept. 9A<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: January 21, 2020 |

Based on the Parties' Stipulation to Remand Action to State Court and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. This case is hereby remanded to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED.**

Dated: March 16, 2020

Percy Anderson
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa